# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JEREMIAH E. BEAZLEY,

    Petitioner,

v.                                                               CASE NO. 5:04cv3-RH/WCS

JAMES CROSBY,

    Respondent.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 14), and the objections thereto (document 17). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition for writ of habeas corpus challenging petitioner's convictions in the Circuit Court, Fourteenth Judicial Circuit, Bay County, Florida, case number 97-2580, is DENIED with prejudice." The clerk shall close the file.

SO ORDERED this 8th day of May, 2005.

                                                        s/Robert L. Hinkle
                                                        Chief United States District Judge